Joseph V. Womack
**Waller & Womack, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, MT 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In Re:<br>**WAGNER, JASON**<br>Debtor(s) | Case No. **17-60364-7** |
| **JOSEPH V. WOMACK, TRUSTEE**<br>Plaintiff<br>vs.<br>**ST. VINCENT HEALTHCARE**<br>Defendant | Adversary No. **17-00080** |

**NOTICE OF DISMISSAL**

**COMES NOW**, Joseph V. Womack**,** Trustee in the above-captioned Bankruptcy case, and moves the Court for an Order in both the adversary action and the underlying bankruptcy dismissing the above-referenced action. St. Vincent Healthcare paid the Estate the full amount owed of the involuntary garnishment of Debtor's wages.

**DATED** this 18th day of December, 2017.

                                              **WALLER & WOMACK, P.C.**

                                              By: /s/ Joseph V. Womack
                                                       Joseph V. Womack
                                                       Attorney for Trustee

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify under penalty of perjury that on December 18, 2017, a copy of the foregoing was served via ECF, and by US Mail, postage prepaid, on the following persons/entities:

St. Vincent Healthcare
1233 N. 30th Street
Billings, MT 59101

Craig D. Charlton
Scott Clement
Smith Law Firm, P.C.
26 West Sixth Avenue
Helena, MT 59624

    By: /s/ Mikailla Widdicombe
        Mikailla Widdicombe
        Legal Asst. to Trustee