## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re | |
| **JASON WAGNER,** | Case No. **17-60364-7** |
| Debtor. | |
| _____ | |
| **JOSEPH V. WOMACK, TRUSTEE,** | |
| Plaintiff, | |
| -vs- | Adversary Proceeding No. **17-00080** |
| **ST VINCENT HEALTHCARE**, | |
| Defendants. | |

### *O R D E R*

At Butte this 18th day of December, 2017.

In this adversary proceeding the Plaintiff filed on December 18, 2017, a notice of dismissal.  No answer or responsive pleading has been filed in this adversary proceeding.  Rule 41(a)(1)(A)(i), applicable in adversary proceedings under F.R.B.P. 7041, permits dismissal by a plaintiff by filing a notice of dismissal at any time before service of a responsive pleading.  Accordingly,

**IT IS ORDERED** that pursuant to Plaintiff's notice of dismissal filed on December 18, 2017, is granted and this adversary proceeding is **DISMISSED**.

Honorable Benjamin P. Hursh
U.S. Bankruptcy Judge